UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:17-cr-27-HES-MCR-2

JESSE RAY ADAWAY
_____/

## NOTICE OF APPEARANCE

KENNETH O. BOSTON, hereby enters his appearance as counsel for the Defendant, JESSE RAY ADAWAY, and requests all pleadings be sent to this counsel at the address set forth below.

Respectfully submitted on this the 28th day of February, 2017

**DALE C. CARSON ATTORNEY, P.A.**

s/Kenneth O. Boston
KENNETH O. BOSTON
Florida Bar No. 569781
233 East Bay Street, Suite 1101
Jacksonville, Florida 32202
Telephone: (904) 355-6777
Facsimile: (904) 355-6738
E-mail: KBoston@DaleCarsonLaw.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following: Kelly Karase
Assistant United States Attorney

 s/Kenneth O. Boston
KENNETH O. BOSTON
Attorney for Defendant