### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                        CASE NO. 3:17-cr-27-J-20MCR

JESSE RAY ADAWAY
_____/

Defense Atty.: DALE CARSON
AUSA: KELLY KARASE

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | February 28, 2017<br>3:34 PM – 3:49 PM<br>15 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | JACOB ELY |

### CLERK'S MINUTES

**PROCEEDINGS:    INITIAL APPEARANCE AND ARRAIGNMENT**

**INITIAL APPEARANCE**

Defendant arrested by the FBI on February 28, 2017 on an Indictment out of the Middle District of Florida.

Oral notice of appearance entered on behalf of Defendant by Dale Carson as stand-in counsel.

Defendant advised of rights, charges, penalties and special assessment.

Government request for continuance of detention hearing until March 3, 2017 is GRANTED.

Detention set before Judge Monte C. Richardson on March 3, 2017.

**ARRAIGNMENT**
Defendant enters plea of not guilty.

Discovery motions to be filed by: March 13, 2017.

Dispositive motions, motions for district judge and motions to suppress to be filed by: March 27, 2017.

Status Conference: April 19, 2017 before the Honorable Harvey E. Schlesinger.

Trial: May 1, 2017 before the Honorable Harvey E. Schlesinger.

Filed in Open Court:
        Notice of Acceptance of General Discovery