UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
2.28.17
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                               CASE NO. 3:17-cr-27-J-20MCR

JESSE RAY ADAWAY

_____

## NOTICE OF ACCEPTANCE OF GENERAL DISCOVERY

Defendant, JESSE RAY ADAWAY, by and through his undersigned counsel, hereby gives notice of his acceptance of general discovery pursuant to the Court's Standing Order regarding discovery.

By: _____ DALE CARSON
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Kelly Karase, Assistant United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270, by hand, this 28th day of February, 2017.

_____
Attorney