**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                        **CASE NO: 3:17-cr-27-J-20MCR**

**JESSE RAY ADAWAY**

---

**ORDER OF TEMPORARY DETENTION PENDING**
**HEARING PURSUANT TO BAIL REFORM ACT**

Upon oral motion of the Government's to continue the detention hearing, the Motion is **GRANTED** and it is **ORDERED** that a detention hearing is set for March 3, 2017 at 10:30 AM before the Honorable Monte C. Richardson in Courtroom No. 5C, Fifth Floor, **300 North Hogan Street, Jacksonville, Florida.** The defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: February 28, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Monte C. R.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MONTE C. RICHARDSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies to:
Assistant United States Attorney (Karase)
Kenneth Boston, Esq.
United States Marshal Service