**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                          CASE NO. 3:17-cr-27-J-20MCR

JESSE RAY ADAWAY
_____/

Defense Atty.: KENNETH OLIVER BOSTON
AUSA: KELLY KARASE

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | March 3, 2017 10:36 AM – 10:38 2 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | PATRICK SHERIDAN |

## CLERK'S MINUTES

**PROCEEDINGS:**   Detention Hearing

Defense counsel advised of Defendant's desire to stipulate to detention with the right to reopen at a later date.

The Court questioned Defendant regarding his stipulation and found that he did so knowingly and voluntarily.  **ORDER OF DETENTION TO ENTER**.