UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    v.                                                     CASE NO. 3:17-cr-27-J-20MCR

STEPHEN MANNING, *et al.*

---

UNITED STATES OF AMERICA

    v.                                                     CASE NO. 3:17-cr-31-J-20MCR

ADRIAN CLEMONS

**NOTICE OF RELATED CASES**

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.04(b) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of related cases which concern common issues of law and facts related to those of the above-captioned cases. Both cases have been assigned to the Honorable

Harvey E. Schlesinger, United States District Judge, and the Honorable

Monte C. Richardson, United States Magistrate Judge.

    Respectfully submitted,

    W. STEPHEN MULDROW
    Acting United States Attorney

By:    <u>*/s/ KELLY S. KARASE*</u>
    KELLY S. KARASE
    Assistant United States Attorney
    USA No. 134
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone:  (904) 301-6300
    Facsimile:  (904) 301-6310
    E-mail:  kelly.karase@usdoj.gov

| | |
|---|---|
| **U.S. v. STEPHEN MANNING, et al.** | **Case No. 3:17-cr-27-J-20MCR** |
| **U.S. v. ADRIAN CLEMONS** | **Case No. 3:17-cr-31-J-20MCR** |

### CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Gene T. Moss
>Counsel for Defendant Manning
>
>Alex King
>Counsel for Defendant Clemons

>*/s/ KELLY S. KARASE*
>KELLY S. KARASE
>Assistant United States Attorney
>USA No. 134
>300 N. Hogan Street, Suite 700
>Jacksonville, Florida 32202
>Telephone:  (904) 301-6300
>Facsimile:  (904) 301-6310
>E-mail:  kelly.karase@usdoj.gov