UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NO.: 3:17-cr-27-J-20MCR

JESSE RAY ADAWAY
_____/

## DEFENDANT'S MOTION FOR DOWNWARD VARIANCE SENTENCE

Defendant, by and through undersigned counsel, pursuant to 18 U.S.C. Section 3553(b)1 moves this Honorable Court to grant a downward variance in Defendant's sentence in this case and as grounds therefore would show the following:

1. Defendant entered a plea of guilty to the offense of Conspiracy to Possess with Intent to Distribute 500 Grams or More of a Mixture Containing Methamphetamine;

2. Most matters surrounding the plea and Defendant's history are set out in the Pre-Sentence Investigation Report and addendum prepared in this case;

3. Defendant suffers from serious medical conditions resulting from a traffic accident which occurred in 2014; and,

4. Defendant was held in detention in Duval County, Florida on the identical charge for which Defendant is set for sentencing in this case.

## MEMORANDUM OF LAW

If the Court finds that there exists mitigating circumstances of a kind, or to a degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines that should result in a sentence different from that described, the Court may impose a sentence outside the range and lower than that described, 18 U.S.C. Section 3553 (b)1, the Court may exercise its discretion and impose a downward variance below the bottom of the guideline range based upon Defendant's physical disabilities, United States v. Almenas, 553 F.3d 27 (1st Cir. 2009).

Defendant prays this Honorable Court will grant Defendant's Motion for Downward Variance Sentence.

Respectfully submitted on this the 7th day of September, 2017

**DALE C. CARSON ATTORNEY, P.A.**

s/Kenneth O. Boston
KENNETH O. BOSTON
Florida Bar No. 569781
233 East Bay Street, Suite 1101
Jacksonville, Florida 32202
Telephone: (904) 355-6777
Facsimile: (904) 355-6738
E-mail: KBoston@DaleCarsonLaw.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7th, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:   Kelly Karase
Assistant United States Attorney

 s/Kenneth O. Boston
KENNETH O. BOSTON
Attorney for Defendant