# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 3:17-cr-27-J-20MCR

JESSE RAY ADAWAY

USM Number: 68395-018

| JUDGE: | Harvey E. Schlesinger | COUNSEL FOR GOVERNMENT | Kelly Karase |
|---|---|---|---|
| DEPUTY CLERK: | Marsha Grant | COUNSEL FOR DEFENDANT: | Kenneth Boston |
| COURT REPORTER | Shannon Bishop | PROBATION | Kyle McCrohan |
| DATE TIME TOTAL | September 27, 2017 9:58 a.m. – 10:38 a.m. 40 minutes | Interpreter | |

## MINUTES ON SENTENCING

**SENTENCE IMPOSED as to** Count One of the Indictment.

Counts 2 and 3 of the indictment are dismissed on the motion of the United States and pursuant to the Plea Agreement.

**IMPRISONMENT**:

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ONE HUNDRED TWENTY (120) MONTHS**.

The Court recommends to the Bureau of Prisons:

> **The defendant be housed at the Medical Facility at Butner, North Carolina and be allowed to enroll in the Intensive Drug Treatment Program**

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**SUPERVISED RELEASE**:

Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIVE (5) YEARS**.

*Special conditions of supervised release:*

Mandatory drug testing requirements are imposed.

The defendant shall participate in a substance abuse program (outpatient and/or inpatient).

Defendant shall cooperate in the collection of DNA.

The defendant shall submit to a search.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**FINE** and cost of imprisonment are waived.

Government's **MOTION** for Recognition of Substantial Assistance (Doc. 53) is **GRANTED**.

**FORFEITURE** of those assets identified in the Preliminary Order of Forfeiture (Doc. 57) as follows:

> **Glock 33, .357 caliber handgun, serial number NGH020, with magazine and ammunition**

Defendant advised of right to appeal.