UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                       CASE NO.: 3:17-cr-27-J-20MCR

JESSE RAY ADAWAY
_____/

### NOTICE OF WAIVER OF APPEAL

Defendant, pursuant to Rule 32(j)(1)(B) Federal Rules of Criminal Procedure and Rule 4(b)(1)(A) Federal Rules of Appellate Procedure states the following:

I, Jesse Ray Adaway, hereby acknowledge that I have discussed the appeal process, matters which can be appealed, and potential benefits of an appeal with my attorney.

I have decided to waive my right to file an appeal and directed that my attorney refrain from filing a notice of appeal in my case.

_____                    _____
Jesse Ray Adaway, Defendant                       Kenneth O. Boston, Attorney

Respectfully submitted on this the  28  day of  September , 2017

DALE C. CARSON ATTORNEY, P.A.

s/Kenneth O. Boston
KENNETH O. BOSTON
Florida Bar No. 569781
233 East Bay Street, Suite 1101
Jacksonville, Florida 32202
Telephone: (904) 355-6777
Facsimile: (904) 355-6738
E-mail: KBoston@DaleCarsonLaw.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  October 3 , 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

                Kelly Karase
                Assistant United States Attorney

                s/Kenneth O. Boston
                KENNETH O. BOSTON
                Attorney for Defendant